IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HOLY SPIRIT ASSOCIATION FOR THE :
UNIFICATION OF WORLD CHRISTIANITY :
:
      **Plaintiff,** :
  v. :   3:18-CV-1508
:   (JUDGE MARIANI)
WORLD PEACE AND UNIFICATION :
SANCTUARY, INC. :
:
      **Defendant.** :

## ORDER

The background of this Order is as follows:

On December 18, 2018, Defendant filed a letter with the Court setting forth a discovery dispute that had arisen between the parties with respect to Defendant's efforts to depose Hak Ja Han Moon ("Mrs. Moon")[1] (Doc. 45). Defendant asserted that it was entitled to take the deposition of Mrs. Moon pursuant to Fed. R. Civ. P. 30 "as a managing agent of Plaintiff's organization with regard to multiple relevant topics". (*Id.*). Plaintiff filed a response to Defendant's letter, arguing that Mrs. Moon "is not a manager, director or officer of HSA-UWC, a United States non-profit corporation"; that "[h]er role as spiritual leader of the international Unification Church, with which HSA-UWC affiliates, should not subject her to discovery in this case"; and that she "is far removed from the factual circumstances of the case." (Doc. 46, at 1).

---

[1] As Plaintiff explains, Mrs. Moon is the "global leader" of the Holy Spirit Association for the Unification of Christianity "and the widow of Church founder Rev. Sun Myung Moon." (Doc. 46, at 1). (*See also*, Pl.'s Compl., Doc. 1, at ¶¶ 3, 17, 22).

On January 17, 2019, the Court held a conference call with counsel for the parties and heard oral argument from counsel as to their respective positions on this issue. At the conclusion of the conference, the Court ordered Plaintiff to produce Mrs. Moon for an oral deposition in accordance with Fed. R. Civ. P. 26(b)(1) and 30.

**ACCORDINGLY, THIS 17th DAY OF JANUARY, 2019, IT IS HEREBY ORDERED THAT:**

1. Defendant's request to compel the deposition of Hak Ja Han Moon is **GRANTED**.

2. Plaintiff shall produce Mrs. Moon for an oral deposition at the office of Plaintiff's counsel, James Rosenfeld, at Davis Wright Tremaine, LLP, in New York, NY.

3. The parties shall meet and agree upon a date for Mrs. Moon's deposition, together with any ancillary issues related to the taking of Mrs. Moon's deposition.

Robert D. Mariani
United States District Judge