IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLY SPIRIT ASSOCIATION FOR THE UNIFICATION OF WORLD CHRISTIANITY, | : | |
| Plaintiff, | : | |
| v. | : | 3:18-CV-1508 |
| | : | (JUDGE MARIANI) |
| WORLD PEACE AND UNIFICATION SANCTUARY, INC. | : | |
| Defendant. | : | |

## ORDER

**AND NOW, THIS 22ND DAY OF JULY, IT IS HEREBY ORDERED THAT** the "Motion to Dismiss Defendant's Counterclaims and Strike Certain Affirmative Defenses and Allegations" (Doc. 23), filed by Holy Spirit Association for the Unification of World Christianity, is **DENIED** for the reasons set forth in this Court's accompanying memorandum opinion.

Robert D. Mariani
United States District Judge